| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Leval, Pierre N. | 2. Court or Organization  U.S. Court of Appeals, 2nd Cir | 3. Date of Report  05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  40 Foley Square Rm 1901 New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council member | The American Law Institute |
| 2. Trustee, Executor | ▬▬▬▬▬▬▬ |
| 3. Member - Photography Committee | Museum of Modern Art |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 11:45 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/7/08 | University of Pennsylvania - Annenberg School (for teaching in Jordan - Nov. '07) | $2,100.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Dec 08 | State St. Cultural Inst. Pension Plan - pension |
| 2. Fall '08 | New York University - teaching |
| 3. Jan., '08 | U.S. Institute of Museum & Library Services - arts funding panel |
| 4. June, '08 | New York City Dept. of Cultural Affairs - arts funding panel |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.* *(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. The State Bar of California | March 1 - 4, 2008 | S. Monica/S Francisco CA | Lectures | travel/lodging/food |
| 2. Stanford University | March 5 - 9, 2008 | Stanford, CA | Conference | travel/lodging/food |
| 3. The University of Michigan | March 27 - 28, 2008 | Ann Arbor, MI | Teaching | travel/lodging/food |
| 4. Aspen Institute | July 2007 | Aspen, CO | Teaching | travel/lodging/food |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MONY | Loan on life insurance policy | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbot Labs (common stock)(self ■) | E | Dividend | P1 | T | | | | | |
| 2. Exxon Mobil (common) | D | Dividend | O | T | | | | | |
| 3. Schering Plough (com) (self ▅) | D | Dividend | | | | | | | |
| 4. " " (self) | | None | | | Sold (part) | 8/13 | N | G | |
| 5. " " (self) | | None | | | Sold | 12/11 | L | F | |
| 6. " " ▅ | | None | | | Sold | 12/11 | L | E | |
| 7. Applera ApplBiosys (ABI) formerly PE Biosystems (common) | B | Dividend | M | T | | | | | |
| 8. Applera - Celera Gen (CRA) (formerly PE Celera Genomics(com) | | None | K | T | | | | | |
| 9. USX | A | Dividend | J | T | | | | | |
| 10. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 11. FMC Money Mkt (self ▅ (Dreyfus) | A | Interest | J | T | | | | | |
| 12. FMC Select Fund (common) (self ▅) | G | Dividend | P1 | T | | | | | |
| 13. FMC Select Fund - self | | None | | | Sold (part) | 1/4 | K | A | |
| 14. " - self | | None | | | Sold (part) | 1/28 | J | A | |
| 15. " - self | | None | | | Sold (part) | 3/26 | L | B | |
| 16. " - self | | None | | | Sold (part) | 3/28 | L | A | |
| 17. " - self | | None | | | Buy | 4/02 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  " - self | | None | | | Sold (part) | 6/30 | J | | |
| 19.  " - self | | None | | | Sold (part) | 7/16 | L | | |
| 20.  " - self | | None | | | Sold (part) | 8/14 | N | B | |
| 21.  " - self | | None | | | Sold (part) | 8/28 | J | A | |
| 22.  " - self | | None | | | Sold (part) | 9/08 | K | A | |
| 23.  " - self | | None | | | Sold (part) | 9/29 | J | | |
| 24.  " - self | | None | | | Buy | 10/02 | J | | |
| 25.  " - self | | None | | | Sold (part) | 10/29 | J | | |
| 26.  " - self | | None | | | Sold (part) | 11/28 | J | | |
| 27.  " - self | | None | | | Sold (part) | 12/11 | N | | |
| 28.  " - self | | None | | | Sold (part) | 12/19 | N | | |
| 29.  " - self | | None | | | Sold (part) | 12/29 | J | | |
| 30.  " - self | | None | | | Sold (part) | 12/31 | K | | |
| 31.  " - self | | None | | | Buy | 12/31 | J | | |
| 32.  " -█████ | | None | | | Buy | 1/11 | J | | |
| 33.  " | | None | | | Buy | 4/2 | J | | |
| 34.  " | | None | | | Buy | 6/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. " | | None | | | Buy | 7/02 | J | | |
| 36. " | | None | | | Buy | 10/02 | J | | |
| 37. " | | None | | | Sold (part) | 12/11 | M | | |
| 38. " | | None | | | Sold (part) | 12/19 | L | | |
| 39. " | | None | | | Buy | 12/23 | J | | |
| 40. " | | None | | | Sold (part) | 12/31 | K | | |
| 41. Fed. Hm Ln Bk Cons Disc Nt 6/4/08 ▮ ▮ | | None | | | Sold | 5/15 | N | D | |
| 42. Fed Hm Ln Bk Cons Disc Nts 0.0% due 2/6/08 | | None | | | Sold | 2/06 | P1 | | |
| 43. Fed Hm Ln Bk Cons Disc Nts due 4/23/08 | | None | | | Buy | 2/7 | P1 | | |
| 44. Fed Hm Ln Bk Cons Disc Nts due 4/23/08 | | None | | | Sold | 4/23 | P1 | D | |
| 45. Fed Hm Ln Bk Cons Disc Nts due 10/27/08 | | None | | | Buy | 4/23 | P1 | | |
| 46. Fed Hm Ln Bk Cons Disc Nts due 10/27/08 | | None | | | Sold | 5/19 | P1 | D | |
| 47. Fed Hm Ln Bk Cons Disc Nts 0.0% due 5/30/08 | | None | | | Sold | 5/19 | O | C | |
| 48. Lincoln St. Realty (limited partnership) | | None | J | W | | | | | |
| 49. Hershey (common) ● | C | Dividend | L | T | | | | | |
| 50. Smith Barney Liquid Res Fund (common) ( ● | B | Dividend | K | T | | | | | |
| 51. Gen. American Inv. (common) (GAM) ● | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Leval, Pierre N. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Chase Bank (acccount) ● | A | Interest | J | T | | | | | |
| 53. Chase Bank account self | | None | K | T | | | | | |
| 54. Chase - to Citibank | | None | | | | 1/10 | J | | |
| 55. Citibank account - from Chase | | None | J | T | | 1/10 | J | | |
| 56. Chase - to Fidelity | | None | | | | 1/10 | N | | |
| 57. Fidelity - from Chase | | None | | | | 1/10 | N | | |
| 58. Chase - to Fidelity | | None | | | | 8/27 | N | | |
| 59. Fidelity - from Chase | | None | | | | 8/27 | N | | |
| 60. Art Works | | None | J | Q | | | | | |
| 61. Chase (Bank of NY) account & money market fund (estate) | | None | J | T | | | | | |
| 62. Vanguard GNMA Fixed Income Fund (trust) | C | Interest | L | T | | | J | | |
| 63. FHKCX | A | Dividend | J | T | Buy | 1/14 | K | | |
| 64. FEMKX | A | Dividend | J | T · | Buy | 1/14 | K | | |
| 65. " | A | Dividend | J | T | Sold (part) | 12/12 | J | | |
| 66. FSMAX | A | Dividend | K | T | Buy | 1/14 | K | | |
| 67. " | | None | | | Sold (part) | 12/12 | K | | |
| 68. FLGEX | A | Dividend | K | T | Buy | 1/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. " | | None | | | Sold (part) | 12/12 | K | | |
| 70. HGOCX | | None | K | T | Buy | 1/16 | K | | |
| 71. IHSAX | | None | K | T | Buy | 1/16 | K | | |
| 72. HNSCX | | None | K | T | Buy | 1/16 | K | | |
| 73. HIOCX | A | Dividend | K | T | Buy | 1/16 | K | | |
| 74. HCACX | A | Dividend | K | T | Buy | 1/16 | K | | |
| 75. IGINCX | B | Dividend | J | T | | | | | |
| 76. TILFX | | None | K | T | Buy | 1/15 | K | | |
| 77. " | | None | | | Sold (part) | 12/12 | J | | |
| 78. VTRIX | A | Dividend | J | T | | | | | |
| 79. " | | None | | | Buy | 1/15 | K | | |
| 80. " | | None | | | Sold (part) | 12/12 | K | | |
| 81. FNYXX | C | Interest | N | T | Buy | 8/27 | N | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Part VII, item no. 60, "Art Works," the date of the appraisal was Jan. 20, 2005.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

SELF INITIATED
AMENDMENT
*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

**AO 10**
*Rev. 1/2008*

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

| 1. Person Reporting (last name, first, middle initial)<br><br>Leval, Pierre N. | 2. Court or Organization<br><br>U.S. Court of Appeals, 2nd Cir | 3. Date of Report<br><br>05/20/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>40 Foley Square Rm 1901<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council member | The American Law Institute |
| 2. Trustee, Executor | ▬▬▬▬ |
| 3. Member - Photography Committee | Museum of Modern Art |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 26 A 9: 48 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Leval, Pierre N. | | 05/20/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/7/08 | University of Pennsylvania - Annenberg School (for teaching in Jordan - Nov. '07) | $2,100.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Dec 08 | State St. Cultural Inst. Pension Plan - pension |
| 2. Fall '08 | New York University - teaching |
| 3. Jan., '08 | U.S. Institute of Museum & Library Services - arts funding panel |
| 4. June, '08 | New York City Dept. of Cultural Affairs - arts funding panel |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. The State Bar of California | March 1 - 4, 2008 | S. Monica/S Francisco CA | Lectures | travel/lodging/food |
| 2. Stanford University | March 5 - 9, 2008 | Stanford, CA | Conference | travel/lodging/food |
| 3. The University of Michigan | March 27 - 28, 2008 | Ann Arbor, MI | Teaching | travel/lodging/food |
| 4. Aspen Institute | July 2007 | Aspen, CO | Teaching | travel/lodging/food |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/20/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MONY | Loan on life insurance policy | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbot Labs (common stock)(self ████) | E | Dividend | P1 | T | | | | | |
| 2. Exxon Mobil (common) | D | Dividend | O | T | | | | | |
| 3. Schering Plough (com) (self████) | D | Dividend | | | | | | | |
| 4. " " (self) | | None | | | Sold (part) | 8/13 | N | G | |
| 5. " " (self) | | None | | | Sold | 12/11 | L | F | |
| 6. " " ████ | | None | | | Sold | 12/11 | L | E | |
| 7. Applera ApplBiosys (ABI) formerly PE Bi osystems (common) | B | Dividend | M | T | | | | | |
| 8. Applera - Celera Gen (CRA) (formerly PE Celera Genomics(com) | | None | K | T | | | | | |
| 9. USX | A | Dividend | J | T | | | | | |
| 10. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 11. FMC Money Mkt (self ████ ) (Dreyfus) | A | Interest | J | T | | | | | |
| 12. FMC Select Fund (common) (self████) | G | Dividend | P1 | T | | | | | |
| 13. FMC Select Fund - self | | None | | | Sold (part) | 1/4 | K | A | |
| 14. " - self | | None | | | Sold (part) | 1/28 | J | A | |
| 15. " - self | | None | | | Sold (part) | 3/26 | L | B | |
| 16. " - self | | None | | | Sold (part) | 3/28 | L | A | |
| 17. " - self | | None | | | Buy | 4/02 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/20/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | " - self | | None | | | Sold (part) | 6/30 | J | | |
| 19. | " - self | | None | | | Sold (part) | 7/16 | L | | |
| 20. | " - self | | None | | | Sold (part) | 8/14 | N | B | |
| 21. | " - self | | None | | | Sold (part) | 8/28 | J | A | |
| 22. | " - self | | None | | | Sold (part) | 9/08 | K | A | |
| 23. | " - self | | None | | | Sold (part) | 9/29 | J | | |
| 24. | " - self | | None | | | Buy | 10/02 | J | | |
| 25. | " - self | | None | | | Sold (part) | 10/29 | J | | |
| 26. | " - self | | None | | | Sold (part) | 11/28 | J | | |
| 27. | " - self | | None | | | Sold (part) | 12/11 | N | | |
| 28. | " - self | | None | | | Sold (part) | 12/19 | N | | |
| 29. | " - self | | None | | | Sold (part) | 12/29 | J | | |
| 30. | " - self | | None | | | Sold (part) | 12/31 | K | | |
| 31. | " - self | | None | | | Buy | 12/31 | J | | |
| 32. | " ▬▬▬ | | None | | | Buy | 1/11 | J | | |
| 33. | " | | None | | | Buy | 4/2 | J | | |
| 34. | " | | None | | | Buy | 6/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/20/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. " | | None | | | Buy | 7/02 | J | | |
| 36. " | | None | | | Buy | 10/02 | J | | |
| 37. " | | None | | | Sold (part) | 12/11 | M | | |
| 38. " | | None | | | Sold (part) | 12/19 | L | | |
| 39. " | | None | | | Buy | 12/23 | J | | |
| 40. " | | None | | | Sold (part) | 12/31 | K | | |
| 41. Fed. Hm Ln Bk Cons Disc Nt 6/4/08 ▬ | | None | | | Sold | 5/15 | N | D | |
| 42. Fed Hm Ln Bk Cons Disc Nts 0.0% due 2/6 /08 | | None | | | Sold | 2/06 | P1 | | |
| 43. Fed Hm Ln Bk Cons Disc Nts due 4/23/08 | | None | | | Buy | 2/7 | P1 | | |
| 44. Fed Hm Ln Bk Cons Disc Nts due 4/23/08 | | None | | | Sold | 4/23 | P1 | D | |
| 45. Fed Hm Ln Bk Cons Disc Nts due 10/27/08 | | None | | | Buy | 4/23 | P1 | | |
| 46. Fed Hm Ln Bk Cons Disc Nts 0.0% due 5/3 0/08 | E | Interest | | | Sold | 5/30 | O | C | |
| 47. Lincoln St. Realty (limited partnership) | | None | J | W | | | | | |
| 48. Hershey (common) ● | C | Dividend | L | T | | | | | |
| 49. Smith Barney Liquid Res Fund (common) ( ● | B | Dividend | K | T | | | | | |
| 50. Gen. American Inv. (common) (GAM) ● | C | Dividend | M | T | | | | | |
| 51. Chase Bank (acccount) ● | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Chase Bank account self | | None | K | T | | | | | |
| 53. Citibank account (see Part VIII) | | None | J | T | | | | | |
| 54. Art Works | | None | J | Q | | | | | |
| 55. Chase (Bank of NY) account & money market fund (estate) | A | Interest | J | T | | | | | |
| 56. Vanguard GNMA Fixed Income Fund (trust) | C | Interest | L | T | | | | | |
| 57. FHKCX | A | Dividend | J | T | Buy | 1/14 | K | | |
| 58. FEMKX | A | Dividend | J | T | Buy | 1/14 | K | | |
| 59. " | A | Dividend | J | T | Sold (part) | 12/12 | J | | |
| 60. FSMAX | A | Dividend | K | T | Buy | 1/14 | K | | |
| 61. " | | None | | | Sold (part) | 12/12 | K | | |
| 62. FLGEX | A | Dividend | K | T | Buy | 1/14 | K | | |
| 63. " | | None | | | Sold (part) | 12/12 | K | | |
| 64. HGOCX | | None | K | T | Buy | 1/16 | K | | |
| 65. IHSAX | | None | K | T | Buy | 1/16 | K | | |
| 66. HNSCX | | None | K | T | Buy | 1/16 | K | | |
| 67. HIOCX | A | Dividend | K | T | Buy | 1/16 | K | | |
| 68. HCACX | A | Dividend | K | T | Buy | 1/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/20/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IGINCX | B | Dividend | J | T | | | | | |
| 70. TILFX | | None | K | T | Buy | 1/15 | K | | |
| 71. " | | None | | | Sold (part) | 12/12 | J | | |
| 72. VTRIX | A | Dividend | J | T | | | | | |
| 73. " | | None | | | Buy | 1/15 | K | | |
| 74. " | | None | | | Sold (part) | 12/12 | K | | |
| 75. FNYXX | C | Interest | N | T | Buy | 8/27 | N | | |
| 76. Alabama 5.25 bond | A | Interest | K | T | Buy | 6/9 | K | | |
| 77. Detroit 5.5 bond | B | Interest | L | T | Buy | 6/4 | L | | |
| 78. E. Rochester 5.375 bond | | None | L | T | Buy | 12/24 | L | | |
| 79. Farmington 5.7 bond | A | Interest | K | T | Buy | 6/18 | K | | |
| 80. Kentucky 6.0 bond | C | Interest | M | T | Buy | 6/4 | M | | |
| 81. Mahoning 5.5 bond | A | Interest | K | T | Buy | 6/17 | K | | |
| 82. NY MTA 5.25 4/1/14 bond | | None | M | T | Buy | 12/18 | M | | |
| 83. NY MTA 5.0 7/1/15 bond | C | Interest | M | T | Buy | 6/6 | M | | |
| 84. NY MTA 5.625 7/1/16 bond | B | Interest | L | T | Buy | 6/5 | L | | |
| 85. Mission Viejo 6 bond | B | Interest | K | T | Buy | 6/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/20/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Muskingum 5.4 bond | B | Interest | K | T | Buy | 6/18 | K | | |
| 87. NYS Bridge 5.125 1/1/12 bond | | None | K | T | Buy | 6/17 | K | | |
| 88. NY Dorm 5.1 2/15/26 bond | | None | L | T | Buy | 12/22 | K | | |
| 89. NY Dorm 5.1 2/15/26 bond | | None | L | T | Buy | 12/23 | K | | |
| 90. NY Dorm 6.45 8/15/24 bond | | None | M | T | Buy | 12/19 | M | | |
| 91. NY Dorm 5.25 8/1/25 bond | C | Interest | M | T | Buy | 6/2 | L | | |
| 92. NY Dorm 5.25 8/1/19 bond | | None | M | T | Buy | 12/19 | M | | |
| 93. NY Dorm 5.4 2/1/31 bond | | None | L | T | Buy | 12/31 | M | | |
| 94. NY Dorm 5.625 8/1/22 bond | | None | L | T | Buy | 12/19 | M | | |
| 95. NY Dorm 6.25 2/1/36 bond | C | Interest | L | T | Buy | 6/17 | M | | |
| 96. NY Dorm 5.75 8/1/24 bond | | None | M | T | Buy | 12/24 | L | | |
| 97. NY Dorm 5.75 8/1/24 bond | | None | | | Buy | 12/31 | L | | |
| 98. NY Dorm 6.0 8/1/35 bond | C | Interest | L | T | Buy | 6/17 | M | | |
| 99. NY Dorm 5.375 8/1/27 bond | B | Interest | L | T | Buy | 6/3 | L | | |
| 100. NY Dorm 5.0 bond 4/1/12 | | None | L | T | Buy | 12/19 | L | | |
| 101. NYS Energy 5.5 bond | B | Interest | L | T | Buy | 6/9 | L | | |
| 102. NYS Envir. 5.125 bond | D | Interest | M | T | Buy | 6/9 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/20/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. NYS Urban 5.5 bond | A | Interest | K | T | Buy | 7/3 | K | | |
| 104. Norfolk 5.75 bond | B | Interest | L | T | Buy | 6/3 | L | | |
| 105. NC Med 5.5 bond | B | Interest | L | T | Buy | 6/6 | L | | |
| 106. NC East Mun 5.5 bond | B | Interest | K | T | Buy | 6/4 | L | | |
| 107. Peninsula 8.7 bond | B | Interest | K | T | Buy | 6/2 | K | | |
| 108. RI Dep 6.0 bond | B | Interest | L | T | Buy | 6/18 | L | | |
| 109. RJS Health 5.5 bond | B | Interest | K | T | Buy | 6/3 | L | | |
| 110. Sacramento 5.0 bond | B | Interest | L | T | Buy | 6/11 | L | | |
| 111. St. Paul 5.5 bond | B | Interest | L | T | Buy | 6/6 | L | | |
| 112. St. Paul 5.5 bond | A | Interest | K | T | Buy | 8/12 | K | | |
| 113. Triborough 5.25 1/1/13 bond | | None | L | T | Buy | 12/19 | L | | |
| 114. Triborough 5.25 1/1/14 bond | C | Interest | M | T | Buy | 6/9 | M | | |
| 115. NY MTA 5.25 4/1/14 bond - █████ | | None | L | T | Buy | 12/18 | L | | |
| 116. Muskingum 5.35 bond - █████ | A | Interest | K | T | Buy | 6/3 | K | | |
| 117. NYC Mun 5.75 bond- █████ | A | Interest | K | T | Buy | 6/4 | K | | |
| 118. NY Dorm 5.1 2/15/26 bond - █████ | | None | K | T | Buy | 12/23 | K | | |
| 119. NY Dorm 6.45 8/15/24 bond- █████ | | None | L | T | Buy | 12/19 | L | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 05/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. NY Dorm 5.25 8/1/25 bond – ▬ | B | Interest | K | T | Buy | 6/2 | L | | |
| 121. NY Dorm 5.375 8/1/27 bond ▬ | B | Interest | K | T | Buy | 6/3 | L | | |
| 122. NY Dorm 5.0 2/1/12 bond – ▬ | | None | K | T | Buy | 12/19 | K | | |
| 123. Norfolk 5.75 bond – ▬ | B | Interest | L | T | Buy | 6/3 | L | | |
| 124. RI Health 5.5 bond – ▬ | B | Interest | K | T | Buy | 6/3 | L | | |
| 125. NY MTA 5.5 7/1/12 bond | C | Interest | | | Buy | 6/9 | M | | |
| 126. NY MTA 5.5 7/1/12 bond | | None | | | Sold | 8/13 | M | | |
| 127. Fed Hm Ln Bk 10/27/08 | C | Interest | | | Sold (part) | 6/9 | O | | ? when bought ? |
| 128. Fed Hm Ln Bk 10/27/08 | C | Interest | | | Sold | 6/17 | N | | ? |
| 129. NY HSG Fin 5.875 | | None | | | Buy | 6/17 | M | | |
| 130. NY HSG Fin 5.875 | | None | | | Sold | 8/13 | M | A | |
| 131. NY Dorm 6.25 2/1/36 | | None | | | Sold (part) | 8/1 | J | | |
| 132. Kentucky 6.0 | | None | | | Sold (part) | 10/1 | J | | |
| 133. NY Urban 5.5 | | None | | | Sold (part) | 11/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Part VII, item no. 54, "Art Works," the date of the appraisal was Jan. 20, 2005.
In Part VII, line 53, the funds in Citibank were transferred from Chase Bank.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544